UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS J. WOLD,<br><br>                    Plaintiff,<br><br>         v.<br><br>NICK HENZEL, in his individual capacity as a Columbia County Sheriff's Deputy; WALTER J. HESSLER, in his official capacity as the Sheriff of Columbia County; and COLUMBIA COUNTY, a municipal corporation,<br><br>                    Defendants. | No.  CV-12-0225-EFS<br><br>**ORDER DISMISSING CASE** |

On February 14, 2014, the parties filed a stipulated dismissal, ECF No. 59.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulated Motion for Dismissal of Second Amended Complaint With Prejudice, **ECF No. 59**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

   **DATED** this   18th   day of February 2014.

                          s/ Edward F. Shea
                          EDWARD F. SHEA
             Senior United States District Judge

Q:\EFS\Civil\2012\0225.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 1